## STATE OF OREGON,
*Respondent,*

*v.*

## MICHAEL KELLY,
*Appellant.*

(10-91-003326A; CA A71389)

853 P2d 1328

Louis R. Miles, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Youlee Yim You, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Edmonds and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant was charged in a 35-count indictment. He pled guilty to eight counts, and the other charges were dismissed pursuant to plea negotiations. He challenges the sentences imposed on the convictions. The sentences resulted from the plea agreement, and, under ORS 138.222(2)(d), we may not review his claim of error. *State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156 (1993).

Affirmed.